BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BEARD and KIMBERLY BEARD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF AGRICULTURE; PELAYO LOGGING, INC; SIERRA FOREST PRODUCTS; RIGHT-A-WAY AG SERVICES, LCC, and DOES 1-50,<br><br>Defendants. | Case No. 1:14-cv-01045-GSA<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE ANY THIRD PARTY CLAIMS; ORDER THEREON** |

Plaintiffs filed their First Amended Complaint August 28, 2014.  (Dkt. No. 7).  The parties are engaged in ongoing settlement discussions and hope to resolve a portion of this matter, which could result in the dismissal of one or more defendants, before filing responsive pleadings or engaging in pre-answer motion practice.  Therefore, Plaintiffs and all Defendants, by and through their respective counsel, and pursuant to Local Rule 144(a), hereby stipulate and agree that Defendants shall have an extension of time up to and including October 24, 2014, to respond to Plaintiffs' First Amended Complaint and file any third-party claims.

/////

/////

/////

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**   1

Respectfully submitted,

DATED: September 25, 2014					CORNWELL & SAMPLE LLP

							By:	*Sher A. Beard* (auth. on 09/25/2014)
								Sher A. Beard, CA
								Attorneys for Plaintiffs

DATED: September 25, 2014					BENJAMIN B. WAGNER
							United States Attorney

							By:	*/s/ Gregory T. Broderick*
								GREGORY T. BRODERICK
								Assistant United States Attorney

DATED: September 25, 2014					RUSFORD & BONOTTO LLP

							By:	*Phillip R. Bonotto* (auth. on 09/25/2014)
								Phillip R. Bonotto
								Attorney for SIERRA FOREST PRODUCTS

DATED: September 25, 2014					STONE & ASSOCIATES, APC

							By:	*Ronald F. Berestka* (auth. on 09/25/2014)
								Ronald F. Berestka
								Attorney for PELAYO LOGGING, INC.

DATED: September 25, 2014					RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

							By:	*Michael Reynolds* (auth. on 09/25/2014)
								Attorneys for RIGHT-A-WAY AG SERVICES, LLC

## **ORDER**

The Court adopts the parties' stipulation set forth above. Accordingly, Defendants shall respond to Plaintiffs' First Amended Complaint and file any third-party claims on or before October 24, 2014.

IT IS SO ORDERED.

Dated:   **September 25, 2014**			          **/s/ Gary S. Austin**
							UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**					2