1  BENJAMIN B. WAGNER
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for the United States
6

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| DENNIS BEARD and KIMBERLY BEARD, | Case No. 1:14-cv-01045-GSA |
|---|---|
| Plaintiffs, | **STIPULATION and ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND TO FILE ANY THIRD PARTY CLAIMS** |
| v. | |
| UNITED STATES OF AMERICA DEPARTMENT OF AGRICULTURE; PELAYO LOGGING, INC; SIERRA FOREST PRODUCTS; RIGHT-A-WAY AG SERVICES, LCC, and DOES 1-50, | |
| Defendants. | |

Plaintiffs filed their First Amended Complaint August 28, 2014.  (Dkt. No. 7).  The parties are engaged in ongoing settlement discussions and hope to resolve a portion of this matter, which could result in the dismissal of one or more defendants, before filing responsive pleadings or engaging in pre-answer motion practice.  The parties therefore stipulated, and the Court approved an extension of time for Defendants to respond to the Complaint and file any third party claims to October 24, 2014.  (Dkt. No. 13).  Since that time, the parties have exchanged settlement offers and continue to make progress toward resolution.  The parties therefore request a further extension of time of two weeks, up to and including November 7, 2014, for Defendants to respond to the Complaint and file any third party claims.

/////

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**                                                        1

Respectfully submitted,

DATED: October 21, 2014                                         CORNWELL & SAMPLE LLP

                                                                By:     *Sher A. Beard* (auth. on 10/21/2014)
                                                                        Sher A. Beard
                                                                        Attorneys for Plaintiffs

DATED: October 21, 2014                                         BENJAMIN B. WAGNER
                                                                United States Attorney

                                                                By:     */s/ Gregory T. Broderick*
                                                                        GREGORY T. BRODERICK
                                                                        Assistant United States Attorney

DATED: October 21, 2014                                         RUSFORD & BONOTTO LLP

                                                                By:     *Phillip R. Bonotto* (auth. on 10/21/2014)
                                                                        Phillip R. Bonotto
                                                                        Attorney for SIERRA FOREST PRODUCTS

DATED: October 21, 2014                                         STONE & ASSOCIATES, APC

                                                                By:     *Ronald F. Berestka* (auth. on 10/21/2014)
                                                                        Ronald F. Berestka
                                                                        Attorney for PELAYO LOGGING, INC.

DATED: October 21, 2014                                         RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

                                                                By:     *Michael Reynolds* (auth. on 10/21/2014)
                                                                        Attorneys for RIGHT-A-WAY AG
                                                                        SERVICES, LLC

## ORDER

The Court adopts the parties' stipulation set forth above. Accordingly, Defendants shall respond to the complaint and file any third party claims on or before November 7, 2014.

IT IS SO ORDERED.

Dated:   **October 23, 2014**                                   **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**                                2