BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BEARD and KIMBERLY BEARD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF AGRICULTURE; PELAYO LOGGING, INC; SIERRA FOREST PRODUCTS; RIGHT-A-WAY AG SERVICES, LCC, and DOES 1-50,<br><br>Defendants. | Case No. 1:14-cv-01045-GSA<br><br>**STIPULATION and ORDER FOR EXTENSION OF TIME FOR UNITED STATES TO RESPOND TO COMPLAINT** |

Plaintiffs filed their First Amended Complaint August 28, 2014. (Dkt. No. 7). The parties are engaged in ongoing settlement discussions and hope to resolve a portion of this matter, which could result in the dismissal of one or more defendants, before filing responsive pleadings or engaging in pre-answer motion practice. The parties therefore stipulated, and the Court approved an extension of time for Defendants to respond to the Complaint and file any third party claims to October 24, 2014. (Dkt. No. 13). The Court approved a further extension up to and including November 7, 2014, for Defendants to respond to the Complaint and file any third party claims. (*See* Dkt. No. 16). It is likely that this matter will resolve as against the private defendants, and be dismissed as against the federal defendants. Therefore, Plaintiffs and the United States hereby stipulate to an extension of time of 28 days, up to and including December 5, 2014, for the United States to respond to the Complaint and to

**STIPULATION TO EXTEND TIME FOR USA TO RESPOND TO COMPLAINT; ORDER THEREON**                1

file any third party, cross-claims, or counter-claims.

Respectfully submitted,

DATED:  November 6, 2014	CORNWELL & SAMPLE LLP

By:	*Sher A. Beard* (auth. on 11/5/14)
	Sher A. Beard
	Attorneys for Plaintiffs

DATED:  November 6, 2014	BENJAMIN B. WAGNER
	United States Attorney

By:	*/s/ Gregory T. Broderick*
	GREGORY T. BRODERICK
	Assistant United States Attorney

## ORDER

Based on the parties' foregoing stipulation, the United States is granted an extension of time, up to and including December 5, 2014, to respond to Plaintiffs' complaint and to file any third-party claims, cross-claims, or counter-claims.

IT IS SO ORDERED.

Dated:  **November 10, 2014**	         **/s/ Gary S. Austin**
	UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND TIME FOR USA TO RESPOND TO COMPLAINT; ORDER THEREON**	2