Sher A. Beard, CA Bar #268719
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA 93711
Telephone: (559) 431-3142
Facsimile: (559) 436-1135
Email: sher@cornwellsample.com

Attorney for Plaintiffs DENNIS BEARD and
KIMBERLY BEARD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BEARD AND KIMBERLY BEARD, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA DEPARTMENT OF AGRICULTURE; PELAYO LOGGING, INC.; SIERRA FOREST PRODUCTS; RIGHT-A-WAY AG SERVICES, LLC.; AND DOES 1-50, <br><br> Defendants. | Case No.: 1:14-cv-01045-JAM-GSA <br><br> [PROPOSED] ORDER DETERMINING GOOD FAITH SETTLEMENT <br><br> Date:  February 25, 2015 <br> Time:  9:30 a.m. <br> Dept:  Robert T. Matsui US Courthouse <br>         Courtroom 6, 14th Floor <br>         501 I Street <br>         Sacramento, CA 95814 <br><br> [CCP § 877.6] |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Upon Application of Plaintiffs, a Declaration thereto, and Good Cause appearing therefore, IT IS HEREBY ORDERED that the Settlement referenced in the Application is in the best interests of the parties appearing in this litigation. IT IS HEREBY ORDERED that:

(a) The settlement between the aforementioned Plaintiffs with the Defendants PELAYO LOGGING, INC., SIERRA FOREST PRODUCTS, and RIGHT-A-WAY AG SERVICES, LLC was entered into in good faith within the meaning of California Code of Civil Procedure sections 877 and 877.6; and

(b) Any and all actual and/or potential claims against Defendants PELAYO LOGGING, INC., SIERRA FOREST PRODUCTS, and RIGHT-A-WAY AG SERVICES, LLC for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault arising out of the events giving rise to the Plaintiffs' claims, are and shall be forever barred.

DATED: February 25, 2015

By: _____
JUDGE OF THE DISTRICT COURT