UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BEARD and KIMBERLY BEARD,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF AGRICULTURE; PELAYO LOGGING, INC.; SIERRA FOREST PRODUCTS; RIGHT-A-WAY AG SERVICES, LLC; and DOES 1 to 50, Inclusive,<br><br>            Defendants. | Case No.: 1:14-cv-01045 JAM/GSA<br><br>**ORDER ON STIPULATION RE DISMISSAL** |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES**:

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41 (a)(1).

DATED: 3/12/2015           /s/ John A. Mendez_____
                           HONORABLE JUDGE OF THE
                           U.S. DISTRICT COURT

[PROPOSED] ORDER ON STIPULATION RE DISMISSAL

-1-

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711